**(WITH ARBITRATION PROVISION)**

Dealer Number: DATE: 02/0?/2015 — Contract Number: CONTROL # — R.O.S. Number — Stock Number — SALESPERSON: [illegible]

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JOE M TEIXEIRA [redacted] | N/A | ELK GROVE DODGE CHRYSLER JEEP<br>8575 LAGUNA GROVE DRIVE<br>ELK GROVE, CA 95757 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. [illegible]

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2015 | RAM 1500 [illegible] | 17 | [illegible] | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $3000.00 |
|---|---|---|---|---|
| 19.73 % | $ 16188.19 | $ 29660.81 | $ 48820.50 | $ 51820.50 |

YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| One Payment of | 1000.00 | 02/08/2015 |
| One Payment of | 2000.00 | 02/20/2015 |
| One Payment of | N/A | N/A |
| 74 | 610.94 | Monthly beginning 03/19/2015 |
| N/A | N/A | N/A |
| One final payment | 610.94 | 05/19/2021 |

Late Charge. [illegible]
Prepayment. [illegible]
Security Interest. [illegible]
Additional Information: [illegible]

ITEMIZATION OF THE AMOUNT FINANCED [illegible]

1. Total Cash Price
   - A. Cash Price of Motor Vehicle and Accessories $ 29777.00 (A)
     1. Cash Price Vehicle $ 29777.00
     2. Cash Price Accessories $ N/A
     3. Other (Nontaxable) N/A $ N/A; N/A $ N/A
   - B. Document Processing Charge (not a governmental fee) $ 80.00 (B)
   - C. [illegible] N/A (C)
   - D. (Optional) [illegible] N/A (D)
   - E. (Optional) [illegible] N/A (E)
   - F. (Optional) [illegible] N/A (F)
   - G. (Optional) Surface Protection Product [illegible] N/A (G)
   - H. (Optional) Surface Protection Product [illegible] N/A (H)
   - I. [illegible] N/A (I)
   - J. Sales Tax [illegible] $ 2388.54 (J)
   - K. [illegible] $ 29.00 (K)
   - L. (Optional) Service Contract [illegible] $ [illegible] (L)
   - M. (Optional) Service Contract [illegible] $ [illegible] (M)
   - N. (Optional) Service Contract [illegible] N/A (N)
   - O. (Optional) Service Contract [illegible] N/A (O)
   - P. (Optional) Service Contract [illegible] N/A (P)
   - Q. [illegible] N/A (Q)
   - R. (Optional) [illegible] N/A (R)
   - S. (Optional) Used Vehicle Contract Cancellation Option Agreement N/A (S)
   - T. Other N/A For N/A $ N/A (T)
   - Total Cash Price (A through T) $ [illegible] (1)
2. Amounts Paid to Public Officials
   - A. Vehicle License Fees Estimated $ [illegible]
   - B. Registration/Transfer/Titling Fees Estimated $ [illegible]
   - C. California Tire Fees $ 8.75
   - D. Other WEIGHT FEE $ [illegible]
   - Total Official Fees (A through D) $ [illegible] (2)
3. Amount Paid to Insurance Companies (Total premiums from Statement of Insurance) $ N/A (3)
4. ☐ State Emissions Certification Fee or ☐ State Emissions Exemption Fee $ N/A (4)
5. Subtotal (1 through 4) $ [illegible] (5)
6. Total Downpayment
   - A. Agreed Trade-In Value Year N/A Make N/A Model N/A Other [illegible] VIN N/A $ N/A (A)

## STATEMENT OF INSURANCE

NOTICE. [illegible]

### Vehicle Insurance

| | Coverage | Term | Premium |
|---|---|---|---|
| $ N/A | Ded. Comp., Fire & Theft | N/A Mos. | $ N/A |
| $ N/A | Ded. Collision | N/A Mos. | $ N/A |
| Bodily Injury | $ N/A Limits | N/A Mos. | $ N/A |
| Property Damage | $ N/A Limits | N/A Mos. | $ N/A |
| Medical | N/A | N/A Mos. | $ N/A |
| | N/A | N/A Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | | $ N/A |

[illegible]

Buyer X [signature]
Co-Buyer X
Seller X

[illegible]

### Application for Optional Debt Insurance

☐ Credit Life ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

| | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | N/A Mos. | | $ N/A |
| Credit Disability | N/A Mos. | | $ N/A |
| Total Credit Insurance Premiums | | | $ N/A |

Insurance Company Name N/A
Home Office Address N/A

[illegible]

You want to buy the credit insurance.

N/A — Date — Buyer Signature N/A — Age N/A
N/A — Date — Co-Buyer Signature N/A — Age N/A

OPTIONAL DEBT CANCELLATION CONTRACT. [illegible]
Term N/A Mos. — N/A Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X N/A

OPTIONAL SERVICE CONTRACT(S) [illegible]
Company [illegible] Term [illegible] Mos. or [illegible] Miles

[illegible] Smog [illegible] Certification Fee or [illegible] Exemption Fee $ N/A

5. [illegible] $ 35560.31

6. Total Downpayment

A. [illegible] Yr. N/A Make N/A Model N/A Other N/A VIN N/A $ N/A

B. Less Prior Credit or Lease Balance $ N/A

C. Net Trade-in $ N/A

D. Deferred Downpayment $ 3000.00

E. Manufacturer's Rebate N/A $ 3000.00

F. Other $ N/A

G. Cash $ N/A

Total Downpayment $ 3000.00

[illegible]

7. Amount Financed $ 29560.31

| [illegible] | |
|---|---|
| Proceeds of Loan From: N/A | N/A |
| Amount $ N/A | Finance Charge $ N/A |
| Total $ N/A | Term N/A |
| Installments of $ N/A | $ N/A |

**AUTO BROKER FEE DISCLOSURE**

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving the fee, if applicable: N/A

**OPTIONAL SERVICE CONTRACT(S)** [illegible]

| Company | Term | Mos. or Miles |
|---|---|---|
| [illegible] | [illegible] | 50000 Miles |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

Buyer X [illegible]

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

Buyer Signs X [illegible] Co-Buyer Signs X N/A

**SELLER'S RIGHT TO CANCEL** [illegible]

Buyer [illegible] X N/A

**Agreement to Arbitrate:** [illegible]

Buyer Signs X [illegible] Co-Buyer Signs X N/A

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before N/A, Year N/A. SELLER'S INITIALS N/A

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS [illegible]

YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE [illegible]

[illegible]

X [illegible] X N/A

**[illegible] Agreement:** [illegible]

[illegible]

Buyer Signature X N/A Co-Buyer Signature X N/A

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.

Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.

After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X [illegible] Co-Buyer Signature X N/A

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**

California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a 2-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X [illegible] Date 02/02/15 Co-Buyer Signature X N/A Date N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X N/A Address N/A

GUARANTY: [illegible]

[illegible]

Guarantor X N/A Date N/A Guarantor X N/A Date N/A

Address [illegible] Address [illegible]

Seller Signs [illegible] CHRYSLER [illegible] 02/02/15 By X [illegible] Title [illegible]

ORIGINAL LIENHOLDER

[illegible]

# Chrysler Capital

## Lien and Title Information

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | |
| **Lienholder** | CHRYSLER CAPITAL |
| **Lienholder Address** | PO BX 961272<br>FORT WORTH, TX 76161 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 1C6RR6FT2FS553433 | **Issuance Date** | 3/16/2015 |
| **Title Number** | | **Received Date** | 3/18/2015 |
| **Title State** | CA | **ELT/Paper** | ELECTRONIC |
| **Year** | 2015 | **Odometer Reading** | 17 02/05/2015 |
| **Make** | RAM | **Branding** | |
| **Model** | | | |
| **Owner 1** | TEIXEIRA JOE M | | |
| **Owner 2** | | | |
| **Owner Address** | | | |