# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−5 | User: admin | | Date Created: 09/14/2017 |
| Case: 17−51194 | Form ID: ODSC7FI | | Total: 27 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SJ      USTPRegion17.SJ.ECF@usdoj.gov
aty      Charles B. Greene      cbgattyecf@aol.com
aty      Julian T. Cotton      julian.cotton@buckleymadole.com

                                                                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Joe M. Teixeira      1451 King Circle      Hollister, CA 95023
tr      Audrey Barris      1770 Post St. #130      San Francisco, CA 94115
reqntc      Capital One Auto Finance, a division of Capital One, N.A. Department      Ascension Capital Group      P.O. Box 165028      Irving, TX 75016
cr      Santander Consumer USA Inc      14841 Dallas Parkway Suite 300      Dallas, TX 75254
smg      State Board of Equalization      Attn: Special Procedures Section, MIC:55      P.O. Box 942879      Sacramento, CA 94279
smg      CA Employment Development Dept.      Bankruptcy Group MIC 92E      P.O. Box 826880      Sacramento, CA 94280−0001
smg      CA Franchise Tax Board      Attn: Special Procedures      P.O. Box 2952      Sacramento, CA 95812−2952
smg      IRS      P.O. Box 7346      Philadelphia, PA 19101−7346
14576931      Ascension Capital Group      Attn: Capital One Auto Finance,      a division of Capital One, N.A. Dept      P.O. Box 165028      Irving, TX 75016
14564306      Bank of the West      c/o Best Service Co.      P.O. Box 45405      Los Angeles, CA 90045
14564307      Chrysler Capital      P.O. Box 961275      Truckee, CA 96161
14564308      City of Los Banos      c/o Credit Bureau Assoc.      P.O. Box 150460 Union Ave.      Fairfield, CA 94533
14564309      Credit One Bank      P.O. Box 98873      Las Vegas, NV 89193
14564310      Dish      c/o Enhanced Recovery Co.      P.O. Box 57547      Jacksonville, FL 32241
14564311      Ford Motor Credit      P.O. Box 542000      Omaha, NE 68154
14564312      Franchise Tax Board      Special Procedures      P.O. Box 2952      Sacramento, CA 95812
14564313      Helix Water District      c/o Financial Credit Network      1300 W. Main      Visalia, CA 93277
14564314      Internal Revenue Service      P.O. Box 7346      Philadelphia, PA 19101
14564315      Joe Anthony Teixeira      Laguna Hills, CA
14564316      Kaiser Health Plan      File 50016      Los Angeles, CA 90079
14564317      Kaiser Health Plan      c/o Rural Metro Corp.      P.O. Box 911203      Dallas, TX 75391
14564318      Lobel Financial Corp.      c/o Gary Lobel, Esq.      1150 N. Magnolia Ave.      Anaheim, CA 92806
14564319      State Board of Equalization      P.O. Box 942879      Sacramento, CA 94279
14564320      Stonewood Ins.      c/o Universal Recovery      2880 Sunrise Blvd. #138      Rancho Cordova, CA 95742

                                                                                                                                TOTAL: 24